### JONES v. STATE.　(No. 10911.)

Court of Criminal Appeals of Texas.
May 18, 1927.

Criminal law ⏚1090(1) — Record without statement of facts or bills of exception presents nothing for review.

Nothing is presented for review by record without statement of facts or bills of exception.

Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge.

Charley Jones was convicted of aggravated assault, and he appeals. Affirmed.

W. B. Miller, of Dallas, for appellant.
Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Appellant was indicted for assault to murder and convicted of aggravated assault; his punishment being assessed at six months' confinement in the county jail.

The record is before this court without statement of facts or bills of exception, in which condition nothing is presented for review.

The judgment is affirmed.

MORROW, P. J., absent.